UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

TYRONE CAMBELL,

        Plaintiff,

v.                               Case No: 2:18-cv-394-FtM-38CM

STATE OF FLORIDA, KATHLEEN
SMITH, MIKE SCOTT, RICK
SCOTT, STEPHEN B. RUSSELL,
and LINDA DOGGETT,

        Defendants.
_____/

## OPINION AND ORDER[1]

This matter comes before the Court upon *sua sponte* review of the docket. On June 6, 2018, the Court issued an Opinion and Order (Doc. 2) dismissing without prejudice a purported class action complaint (Doc. 1) initiated by fourteen pretrial detainees held in the Lee County Jail for failing to state a claim upon which relief may be granted to each *pro se* plaintiff filing a separate amended complaint and motion to proceed *in forma pauperis* in their own action. The deadline to file an amended pleading and motion to proceed *in forma pauperis* has expired and no Amended Complaint or motion has been filed.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

Accordingly, it is now

**ORDERED**:

Plaintiff Tyrone Cambell's case is **DISMISSED**.  The Clerk shall enter judgment accordingly, terminate all deadlines and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 3rd day of July, 2018.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:
All Parties of Record
SA: FTMP-2